Opinion issued May 3, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-05-00673-CV

____________


GLENN EMILE SUREAU, II, Appellant


V.


PORT OF HOUSTON AUTHORITY, Appellee






On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 777571






MEMORANDUM OPINION

 Appellant has filed an unopposed motion to dismiss his appeal. No opinion has
issued. Accordingly, we lift the stay of the appeal that was granted April 13, 2007,
reinstate the appeal, grant the motion to dismiss, and dismiss the appeal. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Hanks.